# JOSÉ LUIZ BAYEUX NETO

Address: Alameda Itu, 7th floor, Jardim Paulista, São Paulo – SP – Brazil
ZIP Code 01421-002 | joseluiz@warde.com.br | +55 11 3065-8207

## EDUCATION AND QUALIFICATIONS

### UNIVERSITY OF SÃO PAULO – USP FACULTY OF LAW

São Paulo – SP, Brazil (*2005 – 2009*)

*LL.B.*

### UNIVERSITY OF SÃO PAULO – USP FACULTY OF LAW

São Paulo – SP, Brazil (*2011 – 2014*)

*Master's Degree in Civil Law*

### BRAZILIAN BAR ASSOCIATION

Brazil (*2010 – Present*)

*Brazilian Qualified Lawyer*

## PROFISSIONAL EXPERIENCE

### WARDE ADVOGADOS

São Paulo – SP, Brazil (*2012 – Present*)

<u>*Partner of law firm*</u>

• José Luiz Bayeux Neto is a partner who represents clients in complex corporate disputes, judicial reorganization proceedings and credit recovery matters.

## IDIOMS

**ENGLISH:** *Fluent speaker*
**PORTUGUESE:** *Native speaker*